UNITED STATES DISTRICT COURT

                        EASTERN DISTRICT OF CALIFORNIA


DENNLY R. BECKER; THE BECKER
TRUST DATED MARCH 25, 1991,

                Plaintiff,

       v.                                CIV. NO. S-10-2799 LKK/KJN

WELLS FARGO BANK, NA, INC.,
WACHOVIA MORTGAGE CORPORATION,
and DOES 1-20,

                Defendants.
_____/

DENNLY R. BECKER,

                Plaintiff,

       v.                                CIV. NO. S-11-1491 KJM/EFB

EXECUTIVE OFFICE FOR UNITED
STATES ATTORNEYS, UNITED
STATES DEPARTMENT OF JUSTICE,

                Defendants.          <u>NON-RELATED CASE ORDER</u>
_____/

     The court is in receipt of the Notice of Related Cases concerning the above-captioned cases filed June 7, 2011.  After

consideration, the court has determined that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED: June 17, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2