1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DENNLY R. BECKER,

11            Plaintiff,                         No. CIV S-11-1491 KJM EFB PS

12       vs.

13   EXECUTIVE OFFICE FOR UNITED          ORDER
     STATES ATTORNEYS, UNITED
14   STATES DEPARTMENT OF JUSTICE,

15            Defendant.
     _____/
16

17          On June 2, 2011, plaintiff filed a complaint under the Freedom of Information Act

18   ("FOIA"), 5 U.S.C. § 552, and paid the filing fee.  Dckt. No. 1.  Thereafter, the Clerk of Court

19   issued a summons directing defendant to serve an answer to plaintiff's complaint within 60 days

20   of service of that summons.  Dckt. No. 3.

21          On June 6, 2011, plaintiff filed a motion to compel defendant to serve an answer within

22   thirty days, as required by 5 U.S.C. § 552(a)(4)(C).  Section 552(a)(4)(C) provides that

23   "Notwithstanding any other provision of law, the defendant shall serve an answer or otherwise

24   plead to any complaint made under this subsection within thirty days after service upon the

25   defendant of the pleading in which such complaint is made, unless the court otherwise directs for

26   good cause shown."  Therefore, plaintiff is correct that defendant is required to serve an answer

                                                 1

1  or other response to plaintiff's complaint within thirty days after service, not sixty days as

2  indicated in the summons.

3  However, on June 21, 2011, defendant filed a notice of appearance for defendant, the

4  United States Department of Justice, indicating that defendant will appear within 30 days of

5  receipt of the summons and complaint, or by July 6, 2011.  Dckt. No. 8.  In light of that

6  representation, plaintiff's motion to compel defendant to answer within thirty days, Dckt. No. 6,

7  is denied as moot.

8  SO ORDERED.

9  DATED:  June 21, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2